IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL WHITEHEAD, </br></br> Plaintiff, </br></br> v. </br></br> JOHN E. WETZEL, et al., </br></br> Defendants. | Civil Action No. 14-51-J </br></br> Judge Kim R. Gibson/ </br> Magistrate Judge Cynthia Reed Eddy |

## MEMORANDUM ORDER

In accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D, the present action has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings. On January 26, 2017, Magistrate Judge Eddy entered a Report & Recommendation [ECF No. 124], which recommended denying as moot Plaintiff's "Motion for Temporary Restraining Order and/or Injunctive Relief from Harassment." [ECF No. 117, hereafter "Motion"]. Service of the Report and Recommendation was made on all parties. The parties were informed that Defendants had until February 9, 2017 to file Objections and Plaintiff had until February 13, 2017 to file Objections. To date, no objections have been filed. Accordingly, after a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 28th day of February, 2017, **IT IS HEREBY ORDERED** that the Plaintiff's Motion [ECF No. 117] is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Report and Recommendation [ECF No. 124] of Magistrate Judge Eddy is hereby **ADOPTED** as the Opinion of the District Court.

**IT IS FURTHER ORDERED** that the case is remanded to Magistrate Judge Eddy for

1

all further pretrial proceedings.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

cc: **Carl Whitehead**
EK 5805
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510

**All registered users of CM-ECF.**